**Order entered October 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01051-CR

**GABRIEL DIAZ DUARTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F09-72606-I**

## ORDER

The Court has before it appellant's October 23, 2013 pro se request for an extension of time to file his response to counsel's *Anders* brief. By letter dated October 18, 2013, the Court informed appellant that his pro se response was due by **December 16, 2013**. Accordingly, we **DENY** the October 23, 2013 extension request as moot.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Gabriel Diaz Duarte, No. 13044782, Dallas County Jail, Post Office Box 660334, Dallas, Texas 75266-0334.

/s/     LANA MYERS
        JUSTICE